**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAMIEN RIVERO,

        Plaintiff,　　　　　　　　　3:10-CV-00557-RCJ(WGC)

  v.

E.K. MCDANIEL, *et al.*,　　　　　　　　**ORDER**

        Defendants.

       Before the Court is the Report and Recommendation of the United States Magistrate Judge (#19) ("Recommendation") entered December 22, 2011, in which the Magistrate Judge recommends that this Court deny Plaintiff's Motion for Summary Judgment (#14). Plaintiff filed his Objections to Magistrate Judge's Report & Recommendation (#20) on January 3, 2012.

       The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#19) entered December 22, 2011, should be adopted and accepted.

       IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#19) entered December 22, 2011, is adopted and accepted, and Plaintiff's Motion for Summary Judgment (#14) is DENIED.

       IT IS SO ORDERED.

       DATED: This 31st day of January, 2012.

                                                                                      ROBERT C. JONES
                                                                                      Chief Judge